BOARD OF SATANTA JOINT RURAL HIGH SCHOOL, DISTRICT NO. 2, ET AL. *v.* HASKELL COUNTY PLANNING BOARD ET AL.

No. 560.   Decided November 14, 1966.

*Dale M. Stucky* for appellants.

*Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

LITTLE *v.* RHAY, PENITENTIARY SUPERINTENDENT.

No. 669, Misc.   Decided November 14, 1966.

*Francis Conklin* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers submitted as a petition for a writ of certiorari, certiorari is denied.